# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vescovo, Diane K. | Western District of Tennessee | 08/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge Fulltime | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>05/04/2020 |

**7. Chambers or Office Address**

341 Federal Building
167 North Main Street
Memphis, Tennessee 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Salary - Black McLaren Jones Ryland & Griffee PLC Law Firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 08/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Real Property #1, Destin, FL, Undivided 1 interest | E | Rent | O | R | | | | | |
| 2. First Tennessee Bank Accounts | A | Interest | L | T | | | | | |
| 3. Federal Credit Union Accounts | A | Interest | J | T | | | | | |
| 4. Northwestern Whole Life | A | Dividend | M | T | | | | | |
| 5. Sun Whole Life | C | Dividend | M | T | | | | | |
| 6. Raymond James Account | | | | | | | | | |
| 7. --CASH | A | Interest | K | T | | | | | |
| 8. --ISHARES TR U.S. TECH ETF | A | Dividend | K | T | Sold (part) | 03/09/20 | J | E | |
| 9. --FIRST EAGLE GLOBAL FUND CLASS I | B | Dividend | K | T | Sold (part) | 03/09/20 | K | | |
| 10. --ISHARES TR MIN VOL EAFE ETF | B | Dividend | J | T | Sold (part) | 03/09/20 | J | | |
| 11. --ISHARES TR MIN VOL USA ETF | D | Dividend | M | T | Sold (part) | 03/09/20 | M | E | |
| 12. --ALIBABA GROUP HLDG LIMITED | | None | J | T | Sold (part) | 03/09/20 | J | C | |
| 13. --ALPHABET INCORPORATED CAP STK CLASS C | | None | J | T | Sold (part) | 03/09/20 | J | B | |
| 14. --APPLE INCORPORATED | A | Dividend | J | T | Sold (part) | 03/09/20 | J | C | |
| 15. --FACEBOOK INCORPORATED CLASS A | | None | J | T | Sold (part) | 03/09/20 | J | A | |
| 16. --CHIRON CAPITAL ALLOCATION FUND CLASS I | A | Dividend | | | Sold | 04/10/19 | K | | |
| 17. --FPA CRESCENT FUND INSTITUTIONAL CLASS N/L | B | Dividend | J | T | Sold (part) | 03/09/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Vescovo, Diane K. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --OAKMARK INTERNATIONAL FUND INVESTOR CLASS N/L | | | | | Sold | 04/10/19 | K | | |
| 19. --JPMORGAN VALUE ADVANTAGE FUND CLASS I | B | Dividend | K | T | Sold (part) | 03/09/20 | J | | |
| 20. --OPPENHEIMER DEVELOPING MARKETS FUND CLASS Y | B | Dividend | K | T | Sold (part) | 03/09/20 | K | A | |
| 21. --AIG FOCUSED DIVIDEND STRATEGY FUND CLASS W | B | Dividend | J | T | Sold (part) | 03/09/20 | J | | |
| 22. --THORNBURG GLOBAL OPPORTUNITIES FUND | | | | | Sold | 04/10/19 | K | | |
| 23. --ISHARES TR US INDUSTRIALS | A | Dividend | K | T | Sold (part) | 03/09/20 | K | A | |
| 24. --VANGUARD FINANCIALS ETF | A | Dividend | J | T | Sold (part) | 03/09/20 | J | | |
| 25. --VANGUARD HEALTH CARE ETF | A | Dividend | K | T | Sold (part) | 03/09/20 | J | B | |
| 26. --VANGUARD MID CAP ETF | A | Dividend | K | T | Sold (part) | 03/09/20 | J | A | |
| 27. --CATALYST/MILLBURN HEDGE STRATEGY FUND | B | Dividend | J | T | Sold (part) | 03/09/20 | J | | |
| 28. -- FIRST TRUST NASDAQ ABA COMMUNITY BANK INDEX FUND | A | Dividend | J | T | Sold (part) | 03/09/20 | J | | |
| 29. -- ALGER SMALL CAP FOCUS FUND | A | Dividend | K | T | Buy | 04/10/19 | K | | |
| 30. | | | | | Sold (part) | 03/09/20 | K | | |
| 31. -- MSIF GLOBAL OPPORTUNITY PORTFOLIO | | | K | T | Buy | 04/10/19 | K | | |
| 32. | | | | | Sold (part) | 03/09/20 | K | A | |
| 33. -- FIRST TRUST VALUE LINE DIV INDEX FUND | A | Dividend | K | T | Buy | 04/10/19 | K | | |
| 34. | | | | | Sold (part) | 03/09/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -- INVESCO S&P UNTRA DIVIDEND REVENUE ETF | B | Dividend | K | T | Buy | 04/10/19 | K | | |
| 36. | | | | | Sold (part) | 03/09/20 | K | | |
| 37. -- FIMM MONEY MARKET PORT FUND INDEX FUND | A | Dividend | N | T | Buy | 03/09/20 | N | | |
| 38. Raymond James Account | | | | | | | | | |
| 39. --CASH | A | Interest | K | T | | | | | |
| 40. --ISHARES TR U.S. TECH ETF | B | Dividend | L | T | Sold (part) | 03/09/20 | L | E | |
| 41. --FIRST EAGLE GLOBAL FUND CLASS I | C | Dividend | K | T | Sold (part) | 03/09/20 | K | | |
| 42. --ISHARES TR MIN VOL EAFE ETF | B | Dividend | J | T | Sold (part) | 03/09/20 | J | | |
| 43. --ISHARES TR MIN VOL USA ETF | D | Dividend | M | T | Sold (part) | 03/09/20 | M | E | |
| 44. --ALIBABA GROUP HLDG LIMITED | | None | K | T | Sold (part) | 03/09/20 | K | D | |
| 45. --ALPHABET INCORPORATED CAP STK CLASS C | | None | J | T | Sold (part) | 03/09/20 | J | B | |
| 46. --APPLE INCORPORATED | A | Dividend | K | T | Sold (part) | 03/09/20 | K | D | |
| 47. --FACEBOOK INCORPORATED CLASS A | | None | K | T | Sold (part) | 03/09/20 | J | B | |
| 48. --CHIRON CAPITAL ALLOCATION FUND CLASS I | A | Dividend | | | Sold | 04/10/19 | K | | |
| 49. --FPA CRESCENT FUND INSTITUTIONAL CLASS N/L | B | Dividend | J | T | Sold (part) | 03/09/20 | J | | |
| 50. --OAKMARK INTERNATIONAL FUND INVESTOR CLASS N/L | | None | | | Sold | 04/10/19 | K | | |
| 51. --JPMORGAN VALUE ADVANTAGE FUND CLASS I | C | Dividend | K | T | Sold (part) | 03/09/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. --OPPENHEIMER DEVELOPING MARKETS FUND CLASS Y | B | Dividend | K | T | Sold (part) | 03/09/20 | K | B | |
| 53. --AIG FOCUSED DIVIDEND STRATEGY FUND CLASS W | C | Dividend | K | T | Sold (part) | 03/09/20 | K | | |
| 54. --ISHARES TR US INDUSTRIALS | A | Dividend | K | T | Sold (part) | 03/09/20 | K | B | |
| 55. --VANGUARD FINANCIALS ETF | B | Dividend | K | T | Sold (part) | 03/09/20 | K | | |
| 56. --VANGUARD HEALTH CARE ETF | B | Dividend | K | T | Sold (part) | 03/09/20 | K | C | |
| 57. --VANGUARD MID CAP ETF | A | Dividend | K | T | Sold (part) | 03/09/20 | K | A | |
| 58. --CATALYST/MILLBURN HEDGE STRATEGY FUND | B | Dividend | J | T | Sold (part) | 03/09/20 | J | | |
| 59. --ALPHABET INCORPORATED CAP STK CLASS A | | None | J | T | Sold (part) | 03/09/20 | J | B | |
| 60. -- FIRST TRUST NASDAQ ABA COMMUNITY BANK INDEX FUND CAP STK CLASS C | A | Dividend | J | T | Sold (part) | 08/26/19 | J | | |
| 61. | | | | | Sold (part) | 09/03/19 | J | | |
| 62. | | | | | Sold (part) | 03/09/20 | J | | |
| 63. -- ALGER SMALL CAP FOCUS FUND | B | Dividend | K | T | Buy | 04/10/19 | K | | |
| 64. | | | | | Sold (part) | 03/09/20 | K | | |
| 65. -- MSIF GLOBAL OPPORTUNITY PORTFOLIO | | | K | T | Buy | 04/10/19 | K | | |
| 66. | | | | | Sold (part) | 03/09/20 | K | A | |
| 67. -- FIRST TRUST VALUE LINE DIV INDEX FUND | B | Dividend | K | T | Buy | 04/10/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. | | | | | Sold<br>(part) | 03/09/20 | K | | |
| 69.   -- INVESCO S&P UNTRA DIVIDEND REVENUE ETF | B | Dividend | K | T | Buy | 04/10/19 | L | | |
| 70. | | | | | Sold<br>(part) | 03/09/20 | K | | |
| 71.   -- FIMM MONEY MARKET PORT FUND INDEX FUND | A | Dividend | O | T | Buy | 03/09/20 | O | | |
| 72.   Raymond James IRA Account | | | | | | | | | |
| 73.   --CASH | A | Interest | M | T | | | | | |
| 74.   --PRINCIPAL GLOBAL DIVERSIFIED INCOME FUND CLASS P | E | Dividend | N | T | Buy<br>(add'l) | 04/10/19 | J | | |
| 75.   --BLACKROCK MULTI ASSET INCOME PORTFOLIO FUND | E | Dividend | N | T | Buy<br>(add'l) | 04/10/19 | J | | |
| 76.   --PIMCO INCOME FUND CLASS P | E | Dividend | N | T | Buy<br>(add'l) | 04/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vescovo, Diane K. | 08/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 1:  Property was purchased on 8/31/04 for the purchase price of $645,000.

Lines 6, 38, and 72:  These are "header" lines, thus columns B through D are left blank.

Lines 9, 10, 16, 17, 18, 19, 21, 22, 24, 27, 28, 30, 34, 36, 41, 42, 48, 49, 50, 51, 53, 55, 58, 60, 61, 62, 64, 68, and 70:  There were no realized gains on the sales of these securities, thus no code is required in Column D4.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Diane K. Vescovo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544